## ATTACHMENT A

3236 Screaming Eagle Rd EXT, Eastover, South Carolina 29044
Richland County Parcel ID number R37901-01-05
**WILLIAMS PROPERTY 1**

**Description of the premises to be searched:**

The premises of 3236 Screaming Eagle Rd EXT, Eastover, South Carolina 29044. The 10.86-acre property is cleared around the house, but otherwise surrounded by woods. There is a single story home on the property, light green in color, with a beige strip around the bottom on the house. The front door is black in color; the roof is light gray in color. There are multiple outbuildings, sheds, vehicles, dogs, and dog kennels on the property.







