*Case File Copy*

Case Number: AT 3330-0084

Location of Search:
3236 Screaming Eagle Road Extension
Eastover, SC

# Search Warrant Inventory

| | Item # | Description |
|---|---|---|
| Hayes | 1 | Rifle w/ sawed off stock; no visible make, model, SN (Room A) - TOT RCSO |
| " " | 2 | Weighted collar, black in color (Room A) |
| " " | 3 | NuVision tablet model # TM785A520L (Room E) |
| " " | 4 | US mail from "Spectrum" addressed to Mark Williams (Room F) |
| " " | 5 | Nikon digital camera model Gopix B500, SN 30175856 (Room F) |
| " " | 6 | Uniform traffic ticket made out to Kevin Deontavis Williams (Room F) |
| " " | 7 | Handwritten receipt # 750806 written out to "Kevin" 803-549-0085 (Room F) |
| " " | 8 | Spypoint Link Micro LTE trail camera (Outside SE corner of trailer) |
| Hayes | 9 | Spypoint Link Micro LTE trail camera (On ground near gate in driveway) |
| Bell | 10 | Flirt pole (outside near entrance to A) |
| Bell | 11 | Spring pole (on tree outside) |
| Bell | 12 | 27 Dogs (outside) - TOT USMS Contractor |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | * Not used * RMB |
| | 23 | |
| | 24 | |
| | 25 | |
| | 26 | |
| | 27 | |
| | 28 | |
| | 29 | |
| | 30 | |
| | 31 | |

PG 1 of 2

| # |   |
|---|---|
| 32 |   |
| 33 |   |
| 34 |   |
| 35 |   |
| 36 |   |
| 37 |   |
| 38 |   |
| 39 |   |
| 40 |   |
| 41 |   |
| 42 |   |
| 43 |   |
| 44 | ← Not Used → |
| 45 |   |
| 46 |   |
| 47 |   |
| 48 |   |
| 49 |   |
| 50 |   |
| 51 |   |
| 52 |   |
| 53 |   |

On __9/25/2022__ at __1725__ hours, this inventory was prepared and a copy was provided in the following manner:

__X__ No person was present to provide a copy of this inventory, subsequently it was left at the below locations:

_____

____ A copy of this inventory was provided to the following person:

Name: _____  Signature: _____
Address: _____

I, the inventory officer, certify this inventory depicts a true and accurate representation of the items seized pursuent to the search warrant.

Inventory Officer: _R. Bell_  Witness: _[signature]_

Printed Name: _Robert M. Bell_  Printed Name: _MARK W. MCCLUTCHEY_

* All items seized by TFO Alen Hayes and SA Bell

PG 2 of 2